## WorldCom Related Underlying Lawsuits

1. In Re WorldCom, Inc. Securities Litigation
2. National Asbestos Workers Pension Fund
3. District No. 9, I.A. of M. & A.W. Pension Trust
4. Electrical Workers I.B.E.W. Local 701 Pension Plan
5. Iron Workers of Western Pennsylvania
6. Locals 302 and 612 (WA)
7. Metropolitan Government of Nashville and Davidson County
8. New Mexico State Investment Council
9. Oregon Public Employee Retirement Fund
10. Pacific Life Insurance Company
11. Standard Life Investments, Limited
12. SunTrust Bank and Trusco Capital Management, Inc
13. Western Pennsylvania Teamsters