Peter J. Cronan
Director, Risk and Insurance
Corporate Risk Management and Insurance

Fleet

FleetBoston Financial

Mail Stop: RI DE 03611D
50 Kennedy Plaza
Providence, RI 02903
401 278.3783 tel
401 831.1107 fax
peter_cronan@fleet.com

February 12, 2003

VIA OVERNIGHT MAIL

FFG Insurance Co., Ltd.
c/o Gwen Blakeney
Aon Insurance Managers (Bermuda) Ltd.
Craig Appin House, 3rd Floor
8 Wesley Street
Hamilton HM 11
P.O. Box HM 2450
Hamilton HM JX
Bermuda

Chubb Group of Insurance Companies
12 Vreeland Road
P.O. Box 981
Florham, NJ 07932-0981
Attention: Claims Manager

| | | |
|---|---|---|
| RE: | **Insured:** | FleetBoston Financial Corporati... |
| | **Policy:** | FFG Insurance Co. Ltd. Policy # 00004 |
| | | Policy Period. 10//01/99 – 01/01/03 |
| | *Matter:* | WorldCom Note Offering Litigation |

Ladies and Gentlemen:

On behalf of FleetBoston Financial Corporation ("FleetBoston"), its wholly-owned subsidiary, Fleet Securities, Inc., and any and all other insured persons (the "Insureds"), and in accordance with the reporting provisions of the policy, we hereby give notice under the Policy, or any other applicable policies, that a claim has been made against certain Insureds in the following matter. I have enclosed copies of the relevant pleadings for these actions. The details are as follows:

Fleet Securities, Inc. ("FSI") was a member of a syndicate led by Salomon Smith Barney ("SSB") and JPMorganChase which underwrote a May 15, 2001 note offering by WorldCom, Inc. ("WorldCom"). (The note offering involved $10.1 billion in U.S. Dollar notes, 1.25 billion in Euro notes, and 500 million in Sterling notes. Robertson Stephens International Ltd. underwrote the overseas notes on behalf of its affiliate. FSI.) During the summer of 2002, WorldCom disclosed various accounting irregularities which caused it to take massive charges and ultimately to file for bankruptcy protection. Investors in WorldCom equity and debt have brought lawsuits against WorldCom's directors and officers, accountants, and investment bankers regarding the disclosures related to those securities. While it is unclear whether FSI has actually been served in any of these proceedings, FSI has been named in two of the complaints filed – the so-called McCall complaint dated October 11, 2002 and filed in the U.S. District Court for the Southern District of New York (filed in In re WorldCom Securities Litigation, Master File No. 02 Civ. 3288 (DLC)) and the so-called SunTrust complaint dated September 16, 2002 and filed in the U.S. District Court for the Southern District of Mississippi (Case No. 3:02CV1499WS). (On December 23, 2002 the SunTrust case was consolidated with the McCall case in the Southern District of New York before Judge Cote, who has In re WorldCom Securities Litigation.) We are attaching copies of these two complaints. In addition, other complaints (raising similar allegations) name at least the lead underwriters in the May 2001 note offering, and the lead underwriters, by letters to FSI dated December 30, 2002, have now advised FSI and others that they will look to the members of the syndicate for their proportionate share of the legal expense in connection with the lawsuits. FSI had a 1% share of the May 15, 2001 note offering (and its share of legal

fees has been further divided by the various note offerings that underwriters' counsel is defending in any given lawsuit). While FSI has an insignificant share of the 2001 offering, the size of that offering, and the events of December 2002 and January 2003 in which various investment banks, including the lead underwriters in the May 2001 WorldCom note offering, reached a "global settlement" with state and federal regulators regarding research analyst practices (a significant component of the allegations against the underwriters in the aforementioned complaints) prompt us to put our insurers on notice regarding these claims. (Please note that neither FSI nor any other FleetBoston subsidiary was part of the aforementioned "global settlement".)

The Lead Underwriters have retained Jay B. Kasner at Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (212.735.3000) to represent the leaders and the syndicate members (although SSB has hired separate counsel for itself regarding certain claims directed at it, which it is attempting to sever from the consolidated litigation). As of this date, FSI has received requests from the lead underwriters for payment of FSI's proportionate share of Skadden Arps legal expenses in certain of the actions involving the May 2001 WorldCom Note Offering, which amount to less than $4,000.

Please acknowledge receipt of this claim and provide carrier's consent to the retention of defense counsel (which, of course, was retained for FSI by lead underwriters), and authorization to incur defense costs. If there are any litigation management guidelines, which you would request the Insureds to comply with, please provide a copy of those guidelines.

By copy of this letter, we are also providing the Insured's excess carriers with notice of this claim. In addition to myself, courtesy copies of any correspondence should be sent to:

Robert L. Klivans
Deputy General Counsel
FleetBoston Financial Corporation
100 Federal Street (MA DE 10019C)
Boston, MA 02110
Phone: 617.434.4625
Fax: 617.434.7980
E-Mail: robert_l_klivans@fleet.com

If you need any additional information, or if I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Peter J. Cronan

Enclosures

cc: Mr. Benno Friedman (with enclosures)
Aon Risk Services
685 Third Avenue
New York, NY 10017

Mr. Robert L. Klivans (without enclosures)
Deputy General Counsel
FleetBoston Financial Corporation
100 Federal Street (MA DE 10019C)
Boston, MA 02110