AO 440 (Rev. 5/85) Summons in a Civil Action

SCANNED

# United States District Court

DISTRICT OF RHODE ISLAND

BANK OF AMERICA CORPORATION, as successor to FLEETBOSTON FINANCIAL CORPORATION

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: CA 05 361 ML

CHUBB CORPORATION, FEDERAL INSURANCE CO., CHUBB & SON, INC. and BULFINCH INDEMNITY COMPANY, LTD., as the successor-in-interest to FFG INSURANCE CO., LTd.

TO: (Name and Address of Defendant)

Henry G. Gulick, The Chubb Corporation, As Registered Agent for Defendant Chubb Corporation, 15 Mountain View Road, Warren, NJ 07059

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Snow, R.I. Bar No. 1774
Howard A. Merten, R.I. Bar No. 3171
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK [signature] Chief Deputy Clerk

DATE August 23, 2005

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Summons and complaint served by certified mail, return receipt requested. See attached copy of return receipt.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 1, 2005
*Date*

*Signature of Server* Howard Merten, #3171

Partridge Snow & Hahn
180 South Main Street, Providence, RI 02903
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2. Article Number

7106 4575 1294 4004 0984

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Mr. Henry G. Gulick
The Chubb Corporation
15 Mountain View Road
Warren, NJ 07059

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X Nancy Obremski ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Reference Information

slb:bas 999998-75

hm:slb 999998-75

RE: SENDER:

PS Form 3811, June 2000 Domestic Return Receipt