AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

BANK OF AMERICA CORPORATION, as successor to FLEETBOSTON FINANCIAL CORPORATION

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: [redacted] 05 361ML

CHUBB CORPORATION, FEDERAL INSURANCE CO., CHUBB & SON, INC. and BULFINCH INDEMNITY COMPANY, LTD., as the successor-in-interest to FFG INSURANCE CO., LTd.

TO: (Name and Address of Defendant)

C. T. Corporation System, As Registered Agent for Service for Defendant, Chubb & Son, Inc., 111 Eighth Avenue, New York, NY 10011

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Snow, R.I. Bar No. 1774
Howard A. Merten, R.I. Bar No. 3171
PARTRIDGE SNOW & HAHN
180 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

Chief Deputy Clerk

BY DEPUTY CLERK

August 23, 2005
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other (specify): Summons and complaint served by certified mail, return receipt requested. See attached copy of return receipt.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 9, 2005
*Date*

[signature]
*Signature of Server*

Howard A. Merten #3171
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2. Article Number

7106 4575 1294 4004 1042

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

C.T. Corporation Systems
111 Eighth Avenue
New York, NY 10011

NEW YORK, NY OLD CHELSEA STA.
SEP 2 2005
USPS

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 8-29-20 05

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Reference Information

hm:slb 999998-75

hm:slb 999998-75

RE:

SENDER:

PS Form 3811, June 2000 Domestic Return Receipt