**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **BANK OF AMERICA CORPORATION,** **Plaintiff,** v. **CHUBB CORPORATION et al.,** **Defendants.** | **No. 05-0361-S-LDA** |

RECEIVED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Plaintiff Bank of America Corporation stipulates that defendants Chubb Corporation, Chubb & Son Inc. and Federal Insurance Company shall have until October 14, 2005 to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

Howard A. Merten (SJR)

Howard A. Merten, Bar Id. No. 3171
PARTRIDGE, SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
Tel: (401) 861-8200
Fax: (401) 861-8210

Attorneys for Plaintiffs

Stephen J. Reid Jr.

Stephen J. Reid, Jr., Bar Id. No. 2811
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, R.I. 02903
Tel: (401) 831-8900
Fax: (401) 751-7542

Attorneys for Defendants
Chubb Corporation, Chubb & Son Inc. and
Federal Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded this date to all counsel of record.

Stephen J. Reid, Jr.

Dated: September 12, 2005