RECEIVED
SEP 21 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BANK OF AMERICA CORPORATION, as successor to FLEETBOSTON FINANCIAL CORPORATION,
Plaintiff,

v. C.A. No. 05-361 ~~ML~~ S

CHUBB CORPORATION, FEDERAL INSURANCE CO., CHUBB & SON, INC., and BULFINCH INDEMNITY COMPANY, LTD., as successor to FFG INSURANCE CO., LTD.,
Defendants.

**STIPULATION EXTENDING TIME**
**TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed, by and between the undersigned counsel, that the time for defendant Bulfinch Indemnity Company, Ltd., as successor to FFG Insurance Co., Ltd., to answer, move or otherwise respond to plaintiff's complaint in the above-captioned matter, is extended up to and including October 12, 2005.

BANK OF AMERICA, as successor to FLEETBOSTON FINANCIAL CORPORATION

By their Attorneys,

Steven E. Snow (#1774)
Howard Merten (#3171)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
Tel: (401) 861-8200
Fax: (401) 861-8210

BULFINCH INDEMNITY COMPANY, LTD., as successor to FFG INSURANCE CO., LTD.

By their Attorneys,

Matthew F. Medeiros (#1856)
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195



SEP 1 9 2005