RECEIVED
2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

**BANK OF AMERICA CORPORATION**
**Plaintiff**

**vs.** **C.A. NO. 05-0361-S-LDA**

**CHUBB CORPORATION, et al.**
**Defendants**

**STIPULATION**

Plaintiff Bank of America Corporation stipulates that defendants Chubb Corporation, Chubb & Son Inc. and Federal Insurance Company shall have until November 14, 2005 to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

Howard A. Merten (SJR)

Howard A. Merten, Bar Id. No. #3171
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

Attorneys for Plaintiffs

ENTER
WM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10/5/05

Stephen J. Reid, Jr.

Stephen J. Reid, Jr., Bar Id. No. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Attorneys for Defendants
Chubb Corporation, Chubb & Son Inc. and
Federal Insurance Company