RECEIVED

DEC 19 2005

Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BANK OF AMERICA CORPORATION
Plaintiff

vs.

C.A. NO. 05-0361-S-LDA

CHUBB CORPORATION, et al.
Defendants

STIPULATION

The parties having reached an agreement in principle resolving this matter, and in anticipation of the consummation of that settlement, Plaintiff Bank of America Corporation stipulates that all defendants herein shall have until February 20, 2006 to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

Howard A. Merten (SJR)

Howard A. Merten, Bar Id. No. #3171
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

Attorneys for Plaintiffs

Stephen J. Reid, Jr.

Stephen J. Reid, Jr., Bar Id. No. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Attorneys for Defendants
Chubb Corporation, Chubb & Son Inc. and
Federal Insurance Company

ENTER WMM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/20/05

Dated: December 16, 2005