IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **BANK OF AMERICA CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHUBB CORPORATION et al.,**<br><br>**Defendants.** | ) | **No. 05-0361-S-LDA** |

**STIPULATION**

Plaintiff Bank of America Corporation stipulates that the above-captioned action may be dismissed against all defendants, with prejudice, each party to bear their own costs and fees.

Respectfully submitted,

Howard A. Merten, Bar Id. No. 3171
PARTRIDGE, SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
Tel: (401) 861-8200
Fax: (401) 861-8210

Attorneys for Plaintiffs

RECEIVED
MAR 27 2006
Clerk of U.S. District Court
District of Rhode Island

ENTER W. Smith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 3/28/06

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DISMISSAL STIPULATION was mailed, postage prepaid, on this 27th day of March, 2006.

Stephen J. Reid, Jr.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman &
Whitney, PC
72 Pine Street
Providence, RI 02903

Geoffrey J. Vitt, Esq.
Vitt & Rattingan, PLC
Eight Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055-1229

Shawn L Bond

830498_1/4150